IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02284-RPM

ALISON D. JONES,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

---

ORDER VACATING ORDER SETTING SCHEDULING CONFERENCE

---

This matter is before the Court Sua Sponte and after review of the file an Order of Reference to Magistrate Judge Boyd N. Boland was entered on November 2, 2007 [6], accordingly it is

ORDERED that the Order Setting Scheduling Conference entered December 21, 2007 [13] and the scheduling conference set for February 1, 2008 at 2:00 p.m. are vacated.

Dated: December 26th, 2007

                BY THE COURT:

                s/ Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge