IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02284-RPM

ALISON D. JONES,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulation for Dismissal with Prejudice [28], filed on May 8, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: May 9th, 2008

    BY THE COURT:

    s/Richard P Matsch

    _____
    Richard P. Matsch, Senior District Judge